No. 69782.—Magnesium Elektron, Inc. *v.* United States, protests 64/24989, etc. (New York).

Opinion by RAO, C.J.   In accordance with stipulation of counsel that the merchandise consists of magnesium alloys similar in all material respects to those the subject of *Magnesium Elektron, Inc.* v. *United States* (50 Cust. Ct. 71, C.D. 2391), the claim of the plaintiff was sustained.

No. 69783.—Kroder Reubel Co., Inc., and Alltransport, Inc., et al. *v.* United States, protests 299583-K, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of pole ends similar in all material respects to those the subject of *J. C. De Jong & Co., Inc.* v. *United States* (52 CCPA 26, C.A.D. 852), the claim of the plaintiffs was sustained.